UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BAGGETT,<br><br>    Plaintiff,<br><br>    v.<br><br>ATASCADERO STATE HOSPITAL, et al.,<br><br>    Defendants. | No.  2:24-cv-2054 CKD P<br><br><br>ORDER |

Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  The federal venue statute provides in part, that a civil action "may be brought in . . . a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. . ." 28 U.S.C. § 1391(b).  In this case, the relevant events occurred in San Luis Obispo County, which lies within the jurisdiction of the United States District Court for the Central District of California.  There does not appear to be any basis for jurisdiction in this court.

/////

/////

/////

/////

/////

/////

1

In the interest of justice, a federal court may transfer a complaint filed in the wrong district to a correct one.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

Dated:  August 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
bagg2054.21

2